# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 18-CR-10444-NMG |
| ) | |
| v. ) | Violation: |
| ) | |
| MILAN PATEL, ) | Count One: Conspiracy to Commit Securities Fraud |
| Defendant ) | (18 U.S.C. § 371) |
| ) | |
| ) | Count Two: Securities Fraud; Aiding and Abetting |
| ) | (15 U.S.C. §§ 78j(b) and 78ff; 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2) |
| ) | |
| ) | Forfeiture Allegation: |
| ) | (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

## WAIVER OF INDICTMENT

I, Milan Patel, the above-named defendant, who is accused of conspiracy to commit securities fraud and securities fraud, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on February 27, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Milan Patel
Defendant

_____
George Clarke
Attorney for Defendant

Before: _____ 2/27/19
NATHANIEL M. GORTON
United States District Judge