# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORRIE TOBIN and MILAN PATEL,<br><br>Defendants. | Case No. 1:18-cr-10444 (NMG) |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Redaction Request shall be filed electronically with the Court, via CM/ECF, within 21 days from the filing of the transcript. The transcript for proceedings on August 13, 2020 was transcribed by Kristin Kelley, Official Court Reporter.

Respectfully submitted,

| BAKER & McKENZIE LLP | LAW OFFICE OF RUTH GREENBERG |
|---|---|
| /s/ Mireille R. Oldak | |
| Mireille R. Oldak, *pro hac vice* | Ruth Greenberg, BBO# 563783 |
| George M. Clarke III, *pro hac vice* | 505 Paradise Road, Suite 166 |
| 815 Connecticut Avenue, N.W. | Swampscott, MA 01907 |
| Washington, DC 20006 | Phone: (781) 632-5959 |
| Phone: (202) 835-6184 | Email: ruthgreenberg44@aol.com |
| Fax: (202) 416-7184 | |
| Email: george.clarke@bakermckenzie.com | |
| Email: mireille.oldak@bakermckenzie.com | |

GOODWIN PROCTER LLP

David R. Callaway, *pro hac vice*
601 Marshall Street
Redwood City, CA 94063
Phone: (650) 752-3261
Email: dcallaway@goodwinlaw.com

*Counsel for Defendant Milan Patel*                                    **Date: October 13, 2020**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participates on this date, October 13, 2020.

                                                                                  Respectfully submitted,

Date:   October 13, 2020                           /s/ Mireille R. Oldak
                                                                Mireille R. Oldak, *pro hac vice*
                                                                BAKER & McKENZIE LLP
                                                                815 Connecticut Ave, NW
                                                                Washington, DC 20006
                                                                Tel: (202) 835-6176
                                                                E-mail: mireille.oldak@bakermckenzie.com