UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 18-10444-NMG |
| MORRIE TOBIN and MILAN PATEL, Defendants. | ) ) ) ) | |

## MOTION FOR ORDER OF RESTITUTION AND ENTRY OF AMENDED JUDGMENT
### (Assented-to)

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, with the assent of the defendants Morrie Tobin and Milan Patel (the "Defendants"), respectfully requests that the Court enter an order directing $1,908,583.26 in restitution be paid by the Defendants, jointly and severally, with Matthew Ledvina, defendant in case number 18-10445-WGY, to the victims identified by the United States in Exhibit 1, attached hereto.  The government further requests that the Court enter amended judgments incorporating $1,908,583.26 in restitution to be paid by the Defendants, jointly and severally, with Matthew Ledvina, defendant in case number 18-10445-WGY.

In support thereof, the United States relies on the proceedings held on December 8, 2020 concerning restitution, and the docket entry for those proceedings, which reflect that restitution shall be joint and several; the United States' Status Report on Restitution filed on December 4, 2020, *see* Docket No. 131; and docket entry number 64 in 18-10445-WGY, reflecting a status conference on restitution in that case was held on December 10, 2020 and that the court ordered restitution, jointly and severally.[1]  The government requests that the attached victim list, which

---

[1] As noted in the prior reports to the Court, the Court ordered a forfeiture money judgment in the amount of $4 million against Tobin, which Tobin has paid.  Docket Nos. 43, 90.  The U.S. Attorney's Office intends to recommend to the Department of Justice's Money

lists the victims by a victim identification number, be incorporated with the amended judgments. The government will provide the Clerk of Court with a list with victim names, addresses, and loss amounts.

WHEREFORE, the United States, with the assent of the Defendants, respectfully requests that the Court order the Defendants to pay $1,908,583.26 in restitution, jointly and severally, with Matthew Ledvina, defendant in case number 18-10445-WGY, to the victims identified on Exhibit 1, and enter amended judgments incorporating said restitution and the attached victim list.

                              Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

By:    */s/ Carol E. Head*
        CAROL E. HEAD
        JAMES R. DRABICK
        Assistant United States Attorneys
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: December 11, 2020    carol.head@usdoj.gov

---

Laundering and Asset Recovery Section that the $4 million paid to satisfy the forfeiture money judgment be applied, in whole or in part, towards any restitution ordered in the above captioned matter and 18-cr-10445.